Held, ruled by Whallon vs. Circuit Judge, 51 M., 503 (321).


**321 WHALLON** (County Clerk) vs. CIRCUIT JUDGE (Ingham), 51 M., 503.

To vacate an order requiring relator to be present with the court records, files, etc., at the City of Lansing at the opening of a session of the court at that place, the county seat of said county being at Mason, and the Legislature of 1883 having provided that two terms of said court during each year should be held at Lansing.

Denied October 17, 1883.


**322 SCHATTLER** vs. CIRCUIT JUDGE (Wayne), No. 15665½; 68 N. W., 1102; 3 D. L. N., 370.

To vacate an order setting the trial of a quo warranto proceeding for a day certain in term, upon motion of the prosecuting attorney, the issue having been but recently framed, the case not being upon the docket and no "notice of trial" having been given, nor could the same have been given after issue joined.

Order to show cause denied June 17, 1896, on the ground that quo warranto proceedings are governed exclusively by Chap. 298, How. Stat. and that How. Stat. Sec. 7551 does not apply.


**323 RANDALL** vs. CIRCUIT JUDGE (Wayne), No. 14200½.

To compel respondent to proceed with the trial of a certain cause in which relator is plaintiff, notwithstanding the engagement of the counsel for defendant in the trial of another cause.

Order to show cause denied May 11, 1894.